McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 1:07-cr-0150 AWI |
|             Plaintiff,  ) | |
|     v.                  ) | ORDER |
| WILLIAM EUGENE CONNELLY,  ) | |
|             Defendant.   ) | |

Having read and considered the parties' stipulation to advance the current sentencing hearing in this matter,

IT IS THE ORDER of the Court that the current sentencing hearing is hereby advanced from May 19, 2008, to April 28, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 18, 2008**          **/s/ Anthony W. Ishii**
                              UNITED STATES DISTRICT JUDGE

1